B&N File #14590.19MW

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY (Newark)

| | |
|---|---|
| **ASHLEY NEUBURGER**, individually and on behalf of all others similarly situated<br><br>Plaintiff(s),<br><br>vs.<br><br>**ARCADIA RECOVERY BUREAU, LLC**<br><br>Defendants | 2:21-cv-19365 (SDW)(LDW)<br><br>**ARCADIA RECOVERY BUREAU, LLC'S NOTICE OF MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(b)(6)** |

TO: Clerk of the Court
United States District Court
District of New Jersey
M.L. King Jr. Federal Bldg. & US Courthouse
50 Walnut Street
Newark, NJ 07102

Raphael Deutsch, Esq.
Stein Saks, PLLC
One University Plaza
Hackensack, N.J. 07601
Attorney for Plaintiff, Ashley Neuburger

**PLEASE TAKE NOTICE** that the undersigned, Mitchell L. Williamson, Esq., of Barron & Newburger, P.C.., counsel for the defendant, Arcadia Recovery Bureau, LLC shall apply to the United States District Court, District of New Jersey, Newark, New Jersey, for an Order dismissing Plaintiff's complaint pursuant to Fed. R. Civ. P. 12(b)(6).

**PLEASE TAKE FURTHER NOTICE** that the undersigned shall rely upon the annexed Memorandum of Law in support of said application.

  __/s/Mitchell L Williamson____
Mitchell L. Williamson, Esq.
Barron & Newburger, P.C.
Attorney for Defendant Arcadia Recovery Bureau, LLC
458 Elizabeth Ave - Suite 5371
Somerset, New Jersey  08873
Telephone: (732) 732-328-9480
mwilliamson@bn-lawyers.com

Dated: February 4, 2022