UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
Case No. 2:21-cv-19365

Ashley Neuburger, individually and on behalf of all others similarly situated,
    Plaintiff,

v.

Arcadia Recovery Bureau, LLC,
    Defendant.
_____/

SO ORDERED.
Hon. Susan D. Wigenton
United States District Judge
Dated: March 31, 2022

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for all parties in the above captioned action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that this action is dismissed with prejudice and without costs to either party pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

**Dated:** March 29, 2022

| For Plaintiff Ashley Neuburger | For Defendant Arcadia Recovery Bureau, LLC |
|---|---|
| */s/ Yaakov Saks*<br>Yaakov Saks, Esq.<br>Stein Saks, PLLC<br>One University Plaza<br>Hackensack, NJ 07601<br>ysaks@steinsakslegal.com | */s/ Mitchell L Williamson*<br>Mitchell L Williamson<br>Barron & Newburger, P.C.<br>458 Elizabeth Ave Suite 5371<br>Somerset, NJ 08873<br>mwilliamson@bn-lawyers.com |

## CERTIFICATE OF SERVICE

1

I certify that on March 29, 2022, a copy of the foregoing was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ Yaakov Saks*
Yaakov Saks
*Attorneys for Plaintiff*
